**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION**

Joshua Williams

_____

_____

PLAINTIFF

v.

Town of Eclectic

_____

DEFENDANT

RECEIVED

2022 SEP 29 P 2: 43

- DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE ACTION NO.: 2:22-CV-581- RAH-KFP

JURY DEMAND (MARK ONE)

☐ YES      ☐ NO

### EEOC  COMPLAINT

1.   Plaintiff resides at 4020 Henry Court Millbrook, AL 36054

2.   Defendant(s)' name(s) Town of Eclectic

     Location of principal office(s) of the named defendant(s) 145 Main St.
     Eclectic, AL 36024

     Nature of defendant(s)' business Police Department

     Approximate number of individuals employed by defendant(s) 10-15

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
     employement discrimination. Jurisdiction is specifically conferred on the Court by 42
     U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ☐ Failure to employ me.
     2.   ☒ Termination of my employment.
     3.   ☒ Failure to promote me.
     4.   ☒ Other acts as specified below: racial discrimination

     _____

     _____

5.   Plaintiff is:
     A.   _____ Presently employed by the defendant.
          _____ Not presently employed by the defendant.  The dates of employement were
          _____ July 2020 - February 2021 ployment was terminated because:

          (1)   __X__ Plaintiff was discharged.
          (2)   _____ Plaintiff was laid off.
          (3)   _____ Plaintiff left job voluntarily.

6.   Defendant(s)' conduct is discriminatory with respect to the following:

     A.   __X__ My race.
     B.   _____ My religion.
     C.   _____ My sex.
     D.   _____ My national origin.
     E.   __X__ Other, as specified below: Failure to promote me/
     retaliation

7.   The name(s), race, sex, and the position   or title of the individual(s) who allegedly
     discriminated against me during the period of my employment with the defendant company
     is (are) Heather Martin - w/f (administrator)
          Gary Davenport - w/m (mayor)

8.   The alleged discrimination occurred on or about September 2022 - Feb. 2021

9.   The nature of my complaint, i.e., the manner in which the individual(s) named above
     discriminated against me in terms of the conditions of my employment, is as follows:
     Attatched memoradium explaining

10.  The alleged illegal activity took place at Town of Eclectic - 145
     Main Street Eclectic, AL 36024

11.   I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _January 27, 2021_ .
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _July 8, 2022_

12.   I seek the following relief:

A.      X  Recovery of back pay.
B.      X  Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _9|28|22_ _____

_____
Signature of Plaintiff

_4020 Henry Court_
_Millbrook, Al 36054_
_334-~~NNANA~~296-7674_
Address & Telephone Number of Plaintiff